IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV238-MU

| | |
|---|---|
| ALFRED THOMAS )<br>)<br>Plaintiff (minor), )<br>)<br>vs. )<br>)<br>CHARLOTTE-MECKLENBURG BOARD )<br>OF EDUCATION, RAYMOND GIOVANELLI, )<br>MUFFET GARBER, MICHELE E. MORRIS, )<br>and MARIA B. PETREA )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that

1. Plaintiff, Alfred Thomas, shall be granted leave to file its amended complaint and Randy L. Thomas shall be considered a Plaintiff in the suit;

2. The Amended Complaint is deemed filed and served on all current parties as of the date on which this Order is granted;

3. All current Defendants shall respond to the Amended Complaint within the time provided for in the Federal Rules of Civil Procedure, or as otherwise agreed upon by the parties; and

4. The Defendant's outstanding Motion to Dismiss is denied as moot.

Signed: September 12, 2006

Graham C. Mullen
United States District Judge