# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alfred T. Thomas, et al,

    Plaintiff(s),

vs.

Charlotte-Mecklenburg Board of Education, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv238

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/9/06 Order.

November 9, 2006

FRANK G. JOHNS, CLERK.

BY: *(signature)*
Cynthia Huntley, Deputy Clerk