IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV238-MU

| | |
|---|---|
| ALFRED T. THOMAS and RANDY L. THOMAS as Guardian *Ad Litem*<br><br>Plaintiff,<br><br>vs.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, RAYMOND GIOVANELLI, MUFFET GARBER, MICHELE E. MORRIS, and MARIA B. PETREA<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before this Court upon Plaintiff's "Motion for Review and Sanctions" (Document #28).

Plaintiff has filed an appeal with the Fourth Circuit seeking to overturn this Court's Order of Dismissal, entered on November 9, 2006. Since Plaintiff is appealing the Order, this Court no longer has jurisdiction over the case and

Accordingly, the Plaintiff's Motion for Review and Sanctions is hereby DENIED.

IT IS SO ORDERED.

Signed: March 13, 2007

Graham C. Mullen
United States District Judge